# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| versus | § | Case No. 7:23–mj–00070 |
| | § | |
| Luis Fabian Vela | § | |

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for January 19, 2023 at 02:00 PM before United States Magistrate Judge Nadia S Medrano at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Nadia S. Medrano
United States Magistrate Judge

Date of order: **January 13, 2023**