UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL ACTION NO. 7:23-cr-00199 |
| LUIS FABIAN VELA | § | |

## ORDER

On March 27, 2024, the instant case came on for sentencing. Defendant Luis Fabian Vela orally requested a continuance of sentencing to allow for the filing of an expert report in this case. The Court, after hearing from all parties, finds that the oral motion to continue should be and is hereby **GRANTED**. Sentencing previously set for March 27, 2024, is hereby reset for **April 11, 2024, at 9:00 a.m.** Additionally, Dr. John Fabian's expert report shall be filed no later than April 9, 2024.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 27th day of March 2024.

_____
Micaela Alvarez
Senior United States District Judge